# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1231

_____

Scott L. Nokes,                                  *
                                                 *
            Appellant,                           *
                                                 *
      v.                                         *
                                                 *
United States Coast Guard; Norman    *    Appeal from the United States
Y. Mineta, being sued as The          *    District Court for the
Honorable Norman Y. Mineta,           *    District of Minnesota.
Secretary of Transportation, in his   *
official capacity; Jody Breckenridge, *       [UNPUBLISHED]
Captain, Commanding Officer,          *
Coast Guard Recruiting Center, in     *
her official capacity; United States  *
Attorney's Office, being sued as the  *
United States Attorney's Office,      *
Minneapolis, Minnesota; U.S.          *
Attorney General, being sued as       *
the United States Attorney General's  *
Office, Washington, DC,               *
                                                 *
            Appellees.                           *

_____

Submitted:  June 12, 2003
    Filed:  June 16, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Scott Nokes appeals the district court's[1] denial of his request for emergency relief enjoining a court-martial proceeding during the pendency of proceedings on his Administrative Procedures Act claim. Having carefully reviewed the record, we conclude the district court properly denied Nokes a preliminary injunction. See Schlesinger v. Councilman, 420 U.S. 738, 758 (1975) ("when a serviceman charged with crimes by military authorities can show no harm other than that attendant to resolution of his case in the military court system, the federal district courts must refrain from intervention, by way of injunction or otherwise"). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.